# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs                                                              Case No. 3:08mj196

KURT L. LOMBARD

_____

## AMENDMENT TO ORDER SETTING TRIAL

**IT IS ORDERED** that Sections A(1)–A(4) of the Order of this court entered July 18, 2008 (Doc. 7), shall be amended as follows:

Section A.  (2) Absent the express permission of the court, no plea or plea agreement will be accepted by this court unless is has been presented at a re-arraignment no later than **Friday, August 29, 2008.**

Section A.  (3) Should the defendant decide to plead guilty, the plea(s) shall be presented to the court at 9:00 A.M. on **August 29, 2008** in Pensacola, Florida.  The defendant shall notify the court and the prosecutor prior to that date so the case can be added to the docket.

Section A.  (4) If the defendant does not plan to enter a plea of guilty but rather will proceed to trial, neither the defendant nor defense counsel need appear on **August 29, 2008.**  NOTE: A plea of guilty tendered on the day scheduled for jury selection and/or trial without prior approval from the court, shall result in the imposition of costs against counsel and/or the defendant.  The costs will include reimbursement of expenses incurred in summoning the jury venire and any trial witnesses.

In all other aspects, this Court's original order setting trial remains in full force and effect.

**ORDERED** this 30th day of July 2008.

>                    /s/ *Elizabeth M. Timothy*
>                    **ELIZABETH M. TIMOTHY**
>                    **UNITED STATES MAGISTRATE JUDGE**